**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**THEOTIS RANDLE**                                                                                    **PETITIONER**

**v.**                                                                                    **No. 1:20CV69-SA-RP**

**JOSHUA DAVIS**                                                                                    **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the State's motion to dismiss is **GRANTED**, and the instant petition for a writ of *habeas corpus* is **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this, the 4th day of August, 2021.

 /s/ Sharion Aycock
U. S. DISTRICT JUDGE